1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALTON E. DEAN,

11          Plaintiff,                        No. 2:10-cv-1355 JFM (PC)

12      vs.

13   KATHRYN M. GONZALES,                     ORDER AND

14          Defendant.                        FINDINGS AND RECOMMENDATIONS

15   _____/

16          By an order filed July 21, 2010, plaintiff was ordered to pay the appropriate filing

17   fees within twenty days and was cautioned that failure to do so would result in a

18   recommendation that this action be dismissed.  The twenty day period has now expired, and

19   plaintiff has not responded to the court's order and has not paid the appropriate filing fee.

20          Accordingly, IT IS HEREBY ORDERED that a district judge be assigned to this

21   case; and

22          IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.

24          These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

26   days after being served with these findings and recommendations, plaintiff may file written

1

1   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2   Findings and Recommendations."  Any response to the objections shall be filed and served

3   within fourteen days after service of the objections.  Plaintiff is advised that failure to file

4   objections within the specified time may waive the right to appeal the District Court's order.

5   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

6   DATED: October 15, 2010.

7

8   _____
    UNITED STATES MAGISTRATE JUDGE

9

10   /014;dean1355.fifp

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26