IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

      Plaintiff,         No. 2: 10-cv-1355 MCE JFM (PC)

  vs.

KATHRYN M. GONZALES, et al.,

      Defendants.         ORDER

_____/

      Plaintiff has requested the appointment of counsel. (See Dkt. No. 68.) The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
2   appointment of counsel (Dkt. No. 68.) is DENIED.
3   DATED: February 26, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

14
dean1355.31(3)