IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

     Plaintiff,                         No. 2:10-cv-01355 MCE JFM P

     v.

KATHRYN M. GONZALES, et al.,

     Defendants.                 ORDER

                                /

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On February 8, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 67) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant Gonzales and Plaintiff have both filed objections to the findings and recommendations. (ECF Nos. 70, 74.)

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 67) filed February 8, 2013, are ADOPTED IN FULL;

2. Plaintiff's Motion for Default Judgment (ECF No. 48) is DENIED; and

3. Defendant Gonzales' Motion to Dismiss (ECF No. 50) is DENIED.

Date: April 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT