1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALTON E. DEAN,                              No.  2:10-cv-1355 MCE JFM (PC)

12              Plaintiff,

13         v.                                     ORDER

14    KATHRYN M. GONZALES, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner, proceeding pro se, with a civil rights action filed pursuant to

18    42 U.S.C. § 1983.  On October 15, 2013, plaintiff filed a motion styled as a "motion to join

19    complaints res judicata & reply to defendant's answers to interrogatories 1-25."  ECF No. 95.

20    Defendants responded thereto on October 28, 2013.  ECF No. 97.

21         It is unclear to the court what relief plaintiff is seeking by filing his motion.  The court

22    notes that discovery closed on February 15, 2013, and any motions to compel discovery should

23    have been filed by that date.  See ECF No. 51.  Therefore, to the extent plaintiff is seeking to

24    compel further responses to discovery requests, plaintiff's motion is untimely.

25         Furthermore, to the extent plaintiff is seeking relief through Plata v. Brown, 3:01-cv-

26    01351-TEH (N.D. Cal.), plaintiff must pursue such claims through class counsel.

27    ////

28    ////

                                                   1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 15, 2013, motion (ECF

2  No. 95) is denied.

3  Dated:  November 5, 2013

4

5  dean1355.ord

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2