UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. DEAN, | No. 2:10-cv-01355 MCE KJN (PC) |
| Plaintiff, | |
| v. | ORDER |
| KATHRYN M. GONZALES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action filed pursuant to 42 U.S.C. § 1983. On October 25, 2013, defendants filed a motion for summary judgment. On November 4, 2013, plaintiff filed a document styled as "evidence showing state's intent to send plaintiff to high security prison next door." ECF No. 100. However, plaintiff's "evidence" appears unrelated to plaintiff's claims in his fifth amended complaint alleging that defendants at the Sacramento County Jail violated his Eighth Amendment rights by their alleged deliberate indifference to his serious medical needs (ECF No. 34).

Plaintiff is presently incarcerated in a state prison in Corcoran, California. In plaintiff's recent filing, he claims that the state intends to send plaintiff to a high security prison. ECF No. 100 at 1. Plaintiff argues that he requires a permanent single cell. ECF No. 100 at 6. However, none of these claims are related to plaintiff's underlying Eighth Amendment claims based on incidents at the Sacramento County Jail, and none of the defendants named in this action are

employed at the state prison in Corcoran.  Because plaintiff's filing is unrelated to the claims at issue here, and it is unclear what relief, if any, plaintiff seeks by this filing, plaintiff's "evidence" will be held in the court file and disregarded.[1]  Plaintiff is cautioned that he must file an opposition to defendants' motion for summary judgment pursuant to Local Rule 230(l).

Accordingly, IT IS HEREBY ORDERED that plaintiff's November 4, 2013 filing (ECF No. 100) is disregarded.

Dated:  November 8, 2013

dean1355.ord(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff intends to challenge the actions of prison officials at the state prison in Corcoran, he must file a civil rights complaint naming such officials.  Claims arising in Corcoran, Kings County, California, must be filed in the Fresno Division of the United States District Court.  L.R. 120(d).

2