UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

    Plaintiff,

v.

KATHRYN M. GONZALES, et al.,

    Defendants.

No. 2:10-cv-1355 MCE KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Alton E. Dean, CDCR # F-95162, a necessary and material witness in a settlement conference in this case on August 19, 2014, is confined in California Substance Abuse Treatment Facility (CSATF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, Courtroom #25, U. S. District Court, 501 I Street, Sacramento, California 95814, on Tuesday, August 19, 2014, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSATF, P. O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 19, 2014

                                                         KENDALL J. NEWMAN
                                                         UNITED STATES MAGISTRATE JUDGE

Dean.writ