Alton E. Dean, #F-95162
C-SATF-SPIII
P. O. Box 5246
E3-1-109-W
Corcoran, CA 93212

Plaintiff in Pro Per

CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wmotooka@creggerlaw.com
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendants
TANJA NEUSTADT, and SUZANNE M. HAILEY-CURREY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. DEAN, | Civil Action No.: 2:10-cv-01355 MCE KJN |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL; ORDER THEREON** |
| KATHRYN M. GONZALES, NURSE TANYA, NURSE SUZANNE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs and attorneys' fees.

///

DATE:  December 12, 2014

/s/ Alton E. Dean
ALTON E. DEAN
Plaintiff In Pro Per


DATE:  December 12, 2014                    CREGGER & CHALFANT LLP


/s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants TANJA NEUSTADT,
and SUZANNE M. HAILEY-CURREY

## ORDER DISMISSING ACTION

This action against Defendants TANJA NEUSTADT and SUZANNE M. HAILEY-CURREY is dismissed with prejudice, all parties to bear their own costs and attorneys' fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  December 16, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT